# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-583-MOC-DCK

| | |
|---|---|
| TWIST, INC. and BOOM AIR, LLC, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| B GSE GROUP, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Blas P. Arroyo, concerning Charles H. Brown, III on December 5, 2019. Charles H. Brown, III seeks to appear as counsel *pro hac vice* for Plaintiffs Twist, Inc. and Boom Air, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Charles H. Brown, III is hereby admitted *pro hac vice* to represent Plaintiffs Twist, Inc. and Boom Air, LLC.

**SO ORDERED**.

Signed: December 5, 2019

David C. Keesler
United States Magistrate Judge