# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-583-MOC-DCK

| | |
|---|---|
| **TWIST, INC. and BOOM AIR, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **B GSE GROUP, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Modify Scheduling Order" (Document No. 27) filed August 14, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion. Further extensions of these deadlines is unlikely.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Modify Scheduling Order" (Document No. 27) is **GRANTED**. The Patent Claim Construction Scheduling Order (Document No. 17) shall be amended as follows:

| | |
|---|---|
| File Opening Claim Construction Brief | **October 9, 2020**; |
| File Responsive Claim Construction Brief | **October 23, 2020**; |
| File Reply Claim Construction Brief | **October 30, 2020**; |
| File Surreply Claim Construction Brief | **November 6, 2020**; |
| File Claim Construction Chart | **November 13, 2020**; and |
| Claim Construction Hearing | **TBD**. |

**SO ORDERED**.

Signed: August 17, 2020

David C. Keesler
United States Magistrate Judge