# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-583-MOC-DCK

| | |
|---|---|
| TWIST, INC. and BOOM AIR, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| B GSE GROUP, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Agreed Joint Motion To Modify Scheduling Order" (Document No. 29) filed October 2, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Agreed Joint Motion To Modify Scheduling Order" (Document No. 29) is **GRANTED**. The Patent Claim Construction Scheduling Order (Document No. 17) shall be amended as follows:

| | |
|---|---|
| File Opening Claim Construction Brief | **January 15, 2021**; |
| File Responsive Claim Construction Brief | **January 29, 2021**; |
| File Reply Claim Construction Brief | **February 5, 2021**; |
| File Surreply Claim Construction Brief | **February 12, 2021**; |
| File Claim Construction Chart | **February 19, 2021**; and |
| Claim Construction Hearing | **TBD**. |

**SO ORDERED**.

Signed: October 5, 2020

David C. Keesler
United States Magistrate Judge