UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-00583-MOC-DCK

| | |
|---|---|
| **TWIST, INC. and BOOM AIR, LLC,** | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) **ORDER** |
| **B GSE GROUP, LLC,** | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on a Joint Motion for Leave to Appear for Markman/Claim Construction Hearing by Remote Means (Doc. No. 40). Finding good cause for the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Appear for Markman/Claim Construction Hearing by Remote Means, (Doc. No. 40), is **GRANTED**.

Signed: March 3, 2021

Max O. Cogburn Jr.
United States District Judge