# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CV-583-MOC-DCK

| | |
|---|---|
| TWIST, INC. and BOOM AIR, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| B GSE GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) filed by Blas P. Arroyo, concerning John P. Davis, on July 1, 2021. John P. Davis seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) is **GRANTED**. John P. Davis is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: July 1, 2021

David C. Keesler
United States Magistrate Judge