IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-583-MOC-DCK

| TWIST, INC. and BOOM AIR, LLC, | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | **ORDER** |
| B GSE GROUP, LLC, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement And Request For No Action" (Document No. 57) on October 25, 2022, notifying the Court that the parties reached a Mediated Settlement Agreement on October 19, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 23, 2022**.

**SO ORDERED**.

Signed: October 25, 2022

David C. Keesler
United States Magistrate Judge